

**GOLDBERG SEGALLA**LLP

Sean T. Stadelman | Partner
Direct 267.519.6850 | sstadelman@goldbergsegalla.com

October 16, 2018

**VIA ECF**
Hon. Robert D. Mariani
228 Walnut St,
Harrisburg, PA 17101

      Re:    Jeffrey Liedke et. al. v. DirecTV, Inc. et. al.
                MDPA Case No. 3:CV-17-0346

Judge Mariani,

      I represent the Defendants in this matter and write with consent of the Plaintiffs. As a follow up to my September 6th, 2018 letter indicating the parties agreed to settle, I write now to inform that settlement has been fully effectuated, and the above matter can be discontinued with prejudice.

Very truly yours,

Sean T. Stadelman

STS:of
cc:
VIA EMAIL AND FIRST CLASS MAIL
Jeffrey and Jessica Liedke
32 Birch St
Lake Harmony PA 18624
jrl1202@aol.com